FILED

JUL 11 1973

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 1973 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15555 Criminal |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Sec. 751 - Escape |
| JOSE SANCHEZ-SANCHEZ, ) | |
| THOMAS LOPEZ-MENDOZA, ) | |
| RAFAEL VEGA-GOMEZ, ) | |
| JESUS RODRIGUEZ-LOPEZ, ) | |
| ALBERTA VASQUEZ-PEREZ, ) | |
| RAMON RUIZ-SANCHEZ, ) | |
| DARIO MARTINEZ-ENRIQUEZ, ) | |
| OCTAVIO GARCIA-TORREZ, ) | |
| SILVERIO PEREZ-LUNA, ) | |
| MANUEL ROBLES-VASQUEZ, ) | |
| RUBEN SAMANIEGO-MUNOZ, ) | |
| TIMOTEO MARTINEZ-VALERIO, ) | |
| ISRAEL CASTRO-FELIZ, ) | |
| PABLO CORREA-GONZALEZ, ) | |
| Defendants. ) | |

The grand jury charges:

COUNT ONE

On or about May 27, 1973, within the Southern District of California, defendants JOSE SANCHEZ-SANCHEZ, THOMAS LOPEZ-MENDOZA, RAFAEL VEGA-GOMEZ, JESUS RODRIGUEZ-LOPEZ, ALBERTA VASQUEZ-PEREZ, RAMON RUIZ-SANCHEZ, DARIO MARTINEZ-ENRIQUEZ, OCTAVIO GARCIA-TORREZ,

```
```

Facility, El Centro, California, after their arrest and conviction for violation of Title 8, United States Code, Section 1325; in violation of Title 18, United States Code, Section 751.

A TRUE BILL:

_____
Foreman

_____
HARRY D. STEWARD
United States Attorney